## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| DGC USA OPCO$_1$ INC. D/B/A FERRARI & MASERATI OF WASHINGTON,<br><br>*Plaintiff*,<br><br>v.<br><br>HALAC HOLDINGS, LLC,<br><br>*Defendant*. | Case No. 1:24-cv-189 |

## PROPOSED SUMMONS

Plaintiff, DGC USA OPCO$_1$ Inc. d/b/a Ferrari & Maserati of Washington, by and through the undersigned counsel, respectfully submits the attached proposed summons in the above-captioned matter.

DATED: February 6, 2024

By: */s/Brian V. Johnson*

Brian V. Johnson (VSB No. 93586)
BAKER & HOSTETLER LLP
1050 Connecticut Ave. N.W.
Suite 1100
Washington, D.C. 20036
Tel:  (202) 861-1500
Fax:  (202) 861-1783
bvjohnson@bakerlaw.com

Carrie Dettmer Slye
(forthcoming *pro hac vice*)
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202-4074
Tel: (513) 929-3400
Fax: (513) 929-0303
cdettmerslye@bakerlaw.com

*Attorneys for Plaintiff*